# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andy Raymat-Pena,<br><br>  Petitioner,<br><br>v.<br><br>US Immigration and Customs Enforcement Agency, *et al.*,<br><br>  Respondents. | No. CV-25-03197-PHX-JJT<br><br>**ORDER** |

Before the Court is the Report and Recommendation (Doc. 17, "R&R") entered by United States Magistrate Judge Michael T. Morrissey recommending that Court should dismiss Andy Raymat-Pena's Petition Under 28 U.S.C. § 2241 for Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1). In the R&R, Judge Morrissey warned the parties that they had two weeks from the date of service in this matter—October 20, 2025—to file any objections to it and failure to timely do so "may result in the acceptance of the [R&R] by the district court without further review." (R&R at 2.)

More than two weeks have passed, and Petitioner has filed no objections to the R&R. The Court is thus empowered to accept the R&R and dismiss accordingly without further review. It would do so in any event here. The sole habeas relief Petitioner sought was his release from ICE custody pending resolution of further immigration proceedings against him. But as Respondents have demonstrated, Petitioner has been released and removed from the United States pursuant to his order of removal—an order which he did

1  not and could not challenge in this Court. The issue of release having been concluded, there
2  is no longer a case or controversy before the Court in this matter.
3        **IT IS THREFORE ORDERED** adopting the R&R (Doc. 17) entered by Judge
4  Morrissey in this matter.
5        **IT IS FURTHER ORDERED** dismissing the Petition Under 28 U.S.C. § 2241 for
6  Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1) as moot and without
7  prejudice. The Clerk of Court shall enter judgment and close this matter.
8        Dated this 5th day of November, 2025.

Honorable John J. Tuchi
United States District Judge